United States District Court

County Of Eastern District Of New York

| | |
|---|---|
| Steven W. Hartman and Nancy Linguti<br>Plaintiff<br><br>vs.<br><br>Janssen Research & Development, LLC f/k/a Johnson and Johnson<br>Pharmaceuticals Research and Development, LLC, Et Al<br>Defendant | Civil Action Number: 15-CV-00455<br><br>Affidavit of Service of<br><br>Summons in a Civil Action Complaint and Demand for Trial<br>by Jury |

STATE OF NY COUNTY OF  NEW YORK:SS

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in Colts Neck, NJ.

That on 1/30/2015 at 3:48:00 PM at the address:

   1125 Trenton-Harbourton Road

   Titusville, NJ 08560

Deponent served the within Summons in a Civil Action Complaint and Demand for Trial by Jury


UPON:  **Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/ka Ortho-McNeil-Janssen Pharmaceuticals, Inc.**


By personally delivering a true copy of the Summons in a Civil Action Complaint and Demand for Trial by Jury


to FRANK GIRELLO, REC. MGR,  Authorized Agent thereof.


Deponent describes the person actually served as follows:

| | |
|---|---|
| **Sex:** | Male |
| **Skin:** | White |
| **Hair:** | Balding |
| **Age** | 40-45 |
| **Height:** | 5ft 7ins-5ft 9ins |
| **Weight** | 160-190 |


I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal Statutes.

Sworn to before me this                    2/2/2015

Redenia L. Hyman

Notary Public: State Of    New York

NO:  O1HY6045811

QUALIFIED IN: County Of  Bronx

COMMISSION Expires:          Tuesday, July 31, 2018

James Nicoletti

License NO:  826606

Job #: 55260

---

Nicolettiti  Harris, Inc.  132 Nassau Street, Suite 412  New York, New York 10038  Agency License#: 0923666