United States District Court
County Of Eastern District Of New York

Steven W. Hartman and Nancy Linguti
Plaintiff

vs.

Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, Et Al
Defendant

Civil Action Number: 15-CV-00455

Affidavit of Service of

Summons in a Civil Action Complaint and Demand for Trial by Jury

STATE OF NY COUNTY OF NEW YORK:SS

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in Colts Neck, NJ.

That on 2/2/2015 at 12:19:00 PM at the address:

One Johnson And Johnson Plaza
New Brunswick, NJ 08933

Deponent served the within Summons in a Civil Action Complaint and Demand for Trial by Jury

UPON:   Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC

By personally delivering a true copy of the Summons in a Civil Action Complaint and Demand for Trial by Jury

to KIM GIGANTI, Authorized Agent thereof.

Deponent describes the person actually served as follows:

| | |
|---|---|
| Sex: | Female |
| Skin: | White |
| Hair: | Brown |
| Age | 50-55 |
| Height: | 5ft 3ins-5ft 6ins |
| Weight | 160-190 |

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal Statutes.

Sworn to before me this    2/2/2015

Regenia L. Hyman
Notary Public: State Of New York
NO: O1HY6045811
QUALIFIED IN: County Of Bronx
COMMISSION Expires:    Tuesday, July 31, 2018

James Nicoletti
License NO:   826606

Job #: 55259

Nicolettiti Harris, Inc.  132 Nassau Street, Suite 412  New York, New York 10038  Agency License#: 0923666