UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------Index No.: 15-CV-00455
STEVEN W. HARTMAN and
NANCY LINGUTI,

                                      Plaintiff(s),

      -against-


JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a
JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN
ORTHO LLC, JANSSEN PHARMACEUTICALS, INC.,

                                      Defendant(s).

----------------------------------------------------------------------X

I, John A. Garber, State of Delaware, County of New Castle, being duly sworn, say on the 2nd day of February, 2015 at 12:37 p.m., I personally served a copy of SUMMONS IN A CIVIL ACTION COMPLAINT, and DEMAND FOR TRIAL BY JURY on the defendant **BAYER HEALTHCARE PHARMACEUTICALS, INC.**, by serving the registered agent, Corporation Service Company, Suite 400, 2711 Centerville Road, Wilmington, DE 19808.

Name of individual accepting service: Lynanne Gares - Litigation Management
Description of individual: White female, 35 years of age, 5'5" tall, and 150lbs. with brown hair.

                                                                       _____

Subscribed and sworn before me
this 3rd day of February, 2015.

_____
Notary Public

My commission expires: **CAREY M. SHEA**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My commission expires April 25, 2015